UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* BEAU MICHAUD,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTHROP GRUMMAN SYSTEMS CORP.,<br>*et al.*,<br><br>    Defendants. | Civil No. 1:11CV606 (TSE) (TRJ) |

## STIPULATION OF DISMISSAL OF RELATOR'S CLAIMS AGAINST DEFENDANT MOTOR DRIVES AND CONTROLS, INC. WITH PREJUDICE

Relator Beau Michaud, by his undersigned counsel, files this stipulation of dismissal, signed by all parties who have appeared, to dismiss all of Relator's claims against Defendant Motor Drives and Controls, Inc. ("MDCI") only, with prejudice (but without prejudice to the rights of the United States), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). MDCI has agreed that, in exchange for Relator's voluntary dismissal, MDCI will not file a bill of costs.

The parties sought the consent of the United States for this dismissal and the United States will indicate its consent in a separate filing.

Respectfully submitted,

/s/David L. Scher
David L. Scher, VA Bar No. 47634
R. Scott Oswald, VA Bar No. 41770
The Employment Law Group, P.C.
888 17th Street, NW, 9th Floor
Washington, D.C. 20006
(202) 261-2803

1

(202) 261-2835 (facsimile)
dscher@employmentlawgroup.com
soswald@employmentlawgroup.com
*Counsel for Plaintiff Beau Michaud*

_/s/ D.S. Gallacher_

John W. Chierichella (*Pro Hac Vice*)
Anne B. Perry (*Pro Hac Vice*)
David S. Gallacher (VSB # 46875)
Christopher L. Loveland (*Pro Hac Vice*)
Townsend L. Bourne (VSB # 78304)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
1300 I Street, NW, 11th Fl., East
Washington, DC 20005-3314
Tel: (202) 218-0033
Fax: (202) 312-9406
Email: dgallacher@sheppardmullin.com

*Attorneys for Northrop Grumman Systems Corporation*

_/s/ Mark Kiser_

John S. Vento (*Pro Hac Vice*)
Mark D. Kiser (*Pro Hac Vice*)
TRENAM KEMKER
101 E. Kennedy Boulevard, Suite 2700
Tampa, FL 33602-5150
Tel: 813-223-7474
Fax: 813-229-6553

Jason C. Lynch (VSB # 84134)
Andy Liu (*Pro Hac Vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel: (202) 624-2500
Fax: (202) 628-5116
Email: dobrien@crowell.com

*Attorneys for Defendant Motor Drives & Controls, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John W. Chierichella (*Pro Hac Vice*)
Anne B. Perry (*Pro Hac Vice*)
David S. Gallacher (VSB # 46875)
Christopher L. Loveland (*Pro Hac Vice*)
Townsend L. Bourne (VSB # 78304)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
1300 I Street, NW, 11th Fl., East
Washington, DC 20005-3314
Tel: (202) 218-0033
Fax: (202) 312-9406
Email: dgallacher@sheppardmullin.com

Jason C. Lynch (VSB # 84134)
Andy Liu (*Pro Hac Vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel: (202) 624-2500
Fax: (202) 628-5116
Email: dobrien@crowell.com

John S. Vento (*Pro Hac Vice*)
Mark D. Kiser (*Pro Hac Vice*)
TRENAM KEMKER
101 E. Kennedy Boulevard, Suite 2700
Tampa, FL 33602-5150
Tel: 813-223-7474
Fax: 813-229-6553

*Attorneys for Northrop Grumman Systems Corporation*

*Attorneys for Defendant Motor Drives & Controls, Inc.*

I also hereby certify that on this the 26th day of June, 2014, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of electronic filing to above counsel as well as the following non-filing users:

Peter S. Hyun, Esq.
Assistant U.S. Attorney
U.S. Attorneys' Office
2100 Jamieson Avenue

3

Alexandria, VA 22314

*Counsel for the United States*

/s/ David L. Scher