# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *ex rel.* BEAU MICHAUD, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:11-CV-00606-TSE-TRJ |
| ) | |
| NORTHROP GRUMMAN SYSTEMS ) | |
| CORP., ) | |
| Defendant. ) | |

## **JUDGMENT**

Pursuant to the defendant's motion for summary judgment heard on Friday, September 5, 2014, and in accordance with Rule 58, Fed. R. Civ. P., JUDGMENT is hereby entered in favor of defendant NORTHROP GRUMMAN SYSTEMS CORP., and against plaintiff UNITED STATES OF AMERICA *ex rel.* BEAU MICHAUD.

Alexandria, Virginia
September 10, 2014

                                              FERNANDO GALINDO
                                              Clerk

                                              /s/ M. Pham
                                              Courtroom Deputy